# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>14 Canaan Way<br>Kingstree, South Carolina 29556 | )<br>)<br>)  Case No.     2:23-cr-00416<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit of HSI Special Agent Hailey Barraco, dated May 16, 2023

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit of HSI Special Agent Hailey Barraco, dated May 16, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC section 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21 USC section 846 | Attempt/Conspiracy to Violate 21 USC section 841(a)(1) |

The application is based on these facts:

See Affidavit of HSI Special Agent Hailey Barraco, dated May 16, 2023

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

HAILEY E BARRACO
Digitally signed by HAILEY E BARRACO
Date: 2023.05.16 09:21:12 -04'00'

*Applicant's signature*

Hailey Barraco, HSI Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone _____ *(specify reliable electronic means)*.

Date:     05/16/2023

*Judge's signature*

City and state:  Charleston, South Carolina     Molly H. Cherry, United States Magistrate Judge

*Printed name and title*